UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-20006-LENARD/LOUIS

VICTOR RAUL MANRIQUE SILVA,

    Plaintiff,

vs.

CHANNELSIDE MANAGEMENT LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Victor Raul Manrique Silva, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 5th day of October 2021.

                                                  Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*